**STATE of Missouri, Respondent,**

v.

**Ronald and Mary BARTLETT, Appellants.**

**No. WD 33056.**

Missouri Court of Appeals, Western District.

Oct. 18, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Nov. 29, 1983.

Robert Beaird of Quinn, Peebles, Beaird & Cardarella, Kansas City, for appellants.

John Ashcroft, Atty. Gen., George Cox, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., TURNAGE, C.J., and KENNEDY, JJ.

## ORDER

PER CURIAM:

This is a direct appeal by co-defendants from a conviction for arson, second degree, in violation of § 569.050, RSMo 1978.

No jurisprudential purpose would be served by a written opinion.

The judgment is affirmed. Rule 30.25(b).

All concur.